# EXHIBIT F

# Galveston CAD

## Property Search Results > 513715 DAIGLE DUSTIN & MELISSA for Year 2022

Tax Year: 2022

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 513715 | Legal Description: | BAY COLONY MEADOWS WEST SEC 3 PH 1 (2008) ABST 19, BLOCK 1, Lot 4, ACRES 0.172 |
| Geographic ID: | 1365-1001-0004-000 | Zoning: | |
| Type: | Real | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 6533 GRAY BIRCH LN LEAGUE CITY, TX 77539 | Mapsco: | |
| Neighborhood: | BAY COLONY WEST (2010) | Map ID: | 188-A |
| Neighborhood CD: | 1391 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | DAIGLE DUSTIN & MELISSA | Owner ID: | 650966 |
| Mailing Address: | 6533 GRAY BIRCH LN DICKINSON, TX 77539 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

## Values

| | | | |
|---|---|---|---|
| (+) Improvement Homesite Value: | + | $293,750 | |
| (+) Improvement Non-Homesite Value: | + | $0 | |
| (+) Land Homesite Value: | + | $30,680 | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value |
| (+) Agricultural Market Valuation: | + | $0 | $0 |
| (+) Timber Market Valuation: | + | $0 | $0 |
| | | ------------------------ | |
| (=) Market Value: | = | $324,430 | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | |
| | | ------------------------ | |
| (=) Appraised Value: | = | $324,430 | |
| (–) HS Cap: | – | $5,873 | |
| | | ------------------------ | |
| (=) Assessed Value: | = | $318,557 | |

## Taxing Jurisdiction

Owner: DAIGLE DUSTIN & MELISSA
% Ownership: 100.0000000000%
Total Value: $324,430

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| C40 | LEAGUE CITY | 0.465526 | $324,430 | $254,846 | $1,186.37 |
| CAD | APPRAISAL DISTRICT | 0.000000 | $324,430 | $318,557 | $0.00 |
| GGA | GALVESTON COUNTY | 0.414940 | $324,430 | $254,846 | $1,057.46 |

| | | | | | |
|---|---|---|---|---|---|
| J05 | MAINLAND COLLEGE | 0.267700 | $324,430 | $254,846 | $682.22 |
| M22 | BAY COLONY WEST MUD | 0.980000 | $324,430 | $318,557 | $3,121.86 |
| RFL | CO ROAD & FLOOD | 0.009560 | $324,430 | $251,846 | $24.08 |
| S11 | DICKINSON ISD | 1.312000 | $324,430 | $293,557 | $3,851.47 |
| | Total Tax Rate: | 3.449726 | | | |
| | | | | Taxes w/Current Exemptions: | $9,923.46 |
| | | | | Taxes w/o Exemptions: | $11,191.95 |

## Improvement / Building

**Improvement #1:** RESIDENTIAL   **State Code:** A1   **Living Area:** 2389.0 sqft   **Value:** $293,750

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | B14 - * | BV | 2009 | 1392.0 |
| MA2 | MAIN AREA 2ND FLOOR | B14 - * | | 2009 | 997.0 |
| OP | OPEN PORCH | B14 - * | | 2009 | 124.0 |
| OP | OPEN PORCH | B14 - * | | 2009 | 100.0 |
| GA | GARAGE | B14 - * | | 2009 | 662.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RL | RL | 0.1722 | 7500.00 | 0.00 | 0.00 | $30,680 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2022 | $293,750 | $30,680 | 0 | 324,430 | $5,873 | $318,557 |
| 2021 | $260,770 | $30,680 | 0 | 291,450 | $1,853 | $289,597 |
| 2020 | $232,590 | $30,680 | 0 | 263,270 | $0 | $263,270 |
| 2019 | $214,670 | $30,080 | 0 | 244,750 | $0 | $244,750 |
| 2018 | $213,460 | $30,080 | 0 | 243,540 | $0 | $243,540 |
| 2017 | $208,640 | $33,000 | 0 | 241,640 | $0 | $241,640 |
| 2016 | $184,510 | $33,000 | 0 | 217,510 | $0 | $217,510 |
| 2015 | $184,510 | $33,000 | 0 | 217,510 | $0 | $217,510 |
| 2014 | $162,810 | $33,000 | 0 | 195,810 | $0 | $195,810 |
| 2013 | $162,810 | $33,000 | 0 | 195,810 | $0 | $195,810 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/21/2018 | WV | WARRANTY DEED | LAPOINTE RACHAEL A | DAIGLE DUSTIN & MELISSA | 2018016979 | 2018016979 | 2018016979 |
| 2 | 6/2/2014 | WV | WARRANTY DEED | BATES BRETT & LEANNE R | LAPOINTE RACHAEL A | 2014031810 | | 2014031810 |
| 3 | 5/26/2010 | WD | WARRANTY DEED | D R HORTON - TEXAS LTD | BATES BRETT & LEANNE R | 2010026007 | | 2010026007 |

## Tax Due

Property Tax Information as of 05/02/2022

Amount Due if Paid on:

| Year | Taxing | Taxable | Base | Base | Base | Discount / Penalty | Attorney | Amount |
|---|---|---|---|---|---|---|---|---|

| Jurisdiction | Value | Tax | Taxes Paid | Tax Due | & Interest | Fees | Due |
|---|---|---|---|---|---|---|---|

NOTE: Penalty & Interest accrues every month on the unpaid tax and is added to the balance. Attorney fees may also increase your tax liability if not paid by July 1. If you plan to submit payment on a future date, make sure you enter the date and RECALCULATE to obtain the correct total amount due.

**Questions Please Call (409) 935-1980**

Website version: 1.2.2.33       Database last updated on: 5/1/2022 8:38 PM       © N. Harris Computer Corporation